IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT BISHINS, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARINUS PHARMACEUTICALS, INC., SCOTT BRAUNSTEIN, STEVEN PFANSTIEL, and JOSEPH HULIHAN,<br><br>Defendants. | Civil Action No. 2:24-cv-02430-JP<br><br>CLASS ACTION |

**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

AND NOW, this _____ day of _____, 2025, upon consideration of Defendants Marinus Pharmaceuticals, Inc., Scott Braunstein, Steven Pfanstiel, and Joseph Hulihan's Request for Judicial Notice and Incorporation by Reference in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint, and any opposition and reply thereto, and there being good cause shown, it is hereby:

ORDERED that Defendants' Request for Judicial Notice and Incorporation by Reference is GRANTED.

_____
The Honorable John R. Padova