IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT BISHINS, individually and on behalf of all others similarly situated | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | |
| MARINUS   PHARMACEUTICALS, INC., ET AL. | : | NO.  24-2430 |

## ORDER

**AND NOW**, this 31st day of March, 2025, upon consideration of the parties' joint request to stay our consideration of Defendants' Motion to Dismiss (Docket No. 20) and Request for Judicial Notice (Docket No. 21) while they engage in mediation, **IT IS HEREBY ORDERED** that the Motion to Dismiss and Request for Judicial Notice are **STAYED** until June 1, 2025.  **IT IS FURTHER ORDERED** that the parties will notify the Court of the status of their mediation no later than June 1, 2025.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.