IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT BISHINS, individually and on behalf of all others similarly situated | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | |
| MARINUS    PHARMACEUTICALS, INC., ET AL. | : : | NO.  24-2430 |

## ORDER

**AND NOW**, this 2nd day of June, 2025, upon consideration of the parties' joint letter request to extend the stay on our consideration of Defendants' Motion to Dismiss (Docket No. 20) and Request for Judicial Notice (Docket No. 21) while they continue to engage in settlement negotiations, **IT IS HEREBY ORDERED** that the request is **GRANTED**, and the stay imposed in our March 31, 2025 Order is **EXTENDED** until July 8, 2025.  **IT IS FURTHER ORDERED** that the parties will notify the Court of the status of their settlement negotiations no later than July 11, 2025.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.