IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT BISHINS, individually and on behalf of all others similarly situated | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MARINUS PHARMACEUTICALS, INC., ET AL. | : | NO. 24-2430 |

## ORDER

**AND NOW**, this 11th day of March, 2026, upon consideration of Defendants' Motion to Dismiss (Docket No. 20), all documents filed in connection therewith, and the Hearing held on September 30, 2025, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion to Dismiss is **GRANTED IN PART AND DENIED IN PART** as follows:

1. The Motion is **GRANTED** with respect to Defendants' argument that the following statements, which are alleged in the Amended Complaint to be fraudulent and material, are immunized by the safe harbor provision of the PSLRA and Plaintiff's claims are dismissed to the extent that they rely on these statements:

(a) Braunstein's statement, quoted in Marinus's November 7, 2023, press release, that Marinus is "committed to successfully completing both the RAISE and TrustTSC trials in 2024 and continue[s] to make the investments to prepare for these commercial launches." (Am. Compl. ¶ 86);

(b) Braunstein's statement during the November 7, 2023, conference call that "with the success of ZTALMY, the recent extension of our cash runway into Q4 2024 and tightening of our spend to focus on our most valuable market opportunities, we believe we have the appropriate

resources required to complete 2 key data readouts and prepare for a bright future." (id. ¶ 91 (emphasis omitted));

(c) the statement in Marinus's January 4, 2024, press release that Defendants expected the Company's "cash position to fund the Company's operating expenses, capital expenditure requirements, and maintain the minimum cash balance of $15 million required under the Company's debt facility into the fourth quarter of 2024." (id. ¶ 98 (internal quotation marks omitted));

(d) Braunstein's statement, quoted in Marinus's January 4, 2024, press release, that "[w]e expect 2024 will be another pivotal year for Marinus with two Phase 3 data readouts anticipated" (id. ¶ 97 (alteration in original));

(e) Hulihan's statement during the March 5, 2024, conference call that, after reaching the enrollment requirement for the interim analysis, Defendants "continue[d] to expect to report top line results in the second quarter of 2024." (id. ¶ 106 (emphasis omitted));

(f) Hulihan's statements during the November 7, 2023, conference call that: "[f]ollowing a successful interim analysis, we plan to begin transitioning the majority of RAISE sites to open-label enrollment and then shortly transition a subset of these sites to the RAISE II study" and that Marinus "anticipate[s] enrolling the first patients in RAISE II prior to the end of the year." (id. ¶ 93 (emphasis omitted)).

2.    The Motion is **DENIED** in all other respects.

BY THE COURT:

/s/ John R. Padova

_____

John R. Padova, J.

2