**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SCOTT BISHINS, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARINUS PHARMACEUTICALS, INC., SCOTT BRAUNSTEIN, STEVEN PFANSTIEL, and JOSEPH HULIHAN,<br><br>Defendants. | Civil Action No. 2:24-cv-02430-JP<br><br>CLASS ACTION |

**JOINT STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO OPPOSE LEAD PLAINTIFF'S MOTION TO CERTIFY CLASS AND FOR LEAD PLAINTIFF TO REPLY**

Lead Plaintiff Scott Bishins ("Lead Plaintiff") and Defendants Marinus Pharmaceuticals, Inc., Scott Braunstein, Steven Pfanstiel, and Joseph Hulihan ("Defendants" and collectively with Lead Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this stipulation to extend Defendants' time to oppose Plaintiff's Motion to Certify Class and Appoint Class Representative and Counsel (the "Motion"):

WHEREAS, on June 25, 2026, this Court entered a Scheduling Order setting the deadline for the Plaintiff's Motion on June 30, 2026, the deadline for Defendants to file an opposition on September 1, 2026, and the deadline for Lead Plaintiff's reply on October 29, 2026 (Dkt. No. 53);

WHEREAS, on June 30, 2026, Lead Plaintiff filed the Motion (Dkt. No. 58);

WHEREAS, in advance of Defendant's deadline to file an opposition, the Parties agreed to hold a deposition of Lead Plaintiff's expert Dr. Adam Werner on August 14, 2026;

WHEREAS, on August 13, 2026, counsel for Lead Plaintiff informed Defendants' counsel

that due to illness, they were unable to attend the deposition as scheduled;

WHEREAS, the Parties mutually agreed to reschedule Dr. Werner's deposition to August 28, 2026, two weeks subsequent to the originally planned deposition date of August 14, 2026;

WHEREAS, in order to accommodate the new deposition date, the Parties have agreed to extend Defendants' deadline to file their opposition to the Motion to September 15, 2026, and Lead Plaintiff's deadline to reply to November 12, 2026 (each two weeks following the current deadlines);

WHEREAS, the stipulation is without prejudice to any of the Parties;

IT IS HEREBY STIPULATED AND AGREED THAT:

Defendants' deadline to file their opposition to the Motion is extended to September 15, 2026, and Lead Plaintiff's deadline to file their reply is extended to November 12, 2026.

Dated: August 14, 2026

By: /s/ *Craig TenBroeck*

**COOLEY LLP**
Koji Fukumura
Craig E. TenBroeck (*pro hac vice*)
Ronan A. Nelson (*pro hac vice*)
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
kfukumura@cooley.com
ctenbroeck@cooley.com
rnelson@cooley.com

Nicholas R. Orr (*pro hac vice*)
350 S. Grand Avenue, Suite 3200
Los Angeles, CA 90071
Telephone: (213) 561-3250
Facsimile: (213) 561-3244
norr@cooley.com

(cont'd on next page)

Elizabeth M. Wright (*pro hac vice*)
Cooley LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400
ewright@cooley.com

*Attorneys for Defendants Marinus Pharmaceuticals, Inc., Scott Braunstein, Steven Pfanstiel, and Joseph Hulihan*

Dated: August 14, 2026

By: */s/ Jacob Goldberg*

**THE ROSEN LAW FIRM, P.A.**
Jacob A. Goldberg
Gonen Haklay
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Fax: (212) 202-3827
Email: jgoldberg@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the Putative Class*

**THE SCHALL LAW FIRM**
Brian Schall, Esq.
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Phone: (310) 301-3335
Fax: (213) 519-5876
Email: brian@schallfirm.com

*Counsel for Lead Plaintiff*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 17, 2026

/s/ John R. Padova

THE HONORABLE JOHN R. PADOVA
UNITED STATES DISTRICT JUDGE